

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER & DIRECT DIAL

JOHN O. ENRIGHT
(212) 336-9138

August 28, 2018

<u>**Via ECF**</u>

The Honorable Madeline Cox Arleo
United States District Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re: <u>SEC v. Parmar et al., 2:18-cv-09284-MCA-MAH</u>)

Dear Judge Arleo:

I write on behalf of plaintiff Securities and Exchange Commission (the "Commission") and pursuant to L. Civ. R. 7.1(d)(5) to seek an adjournment of the original motion day of a recently-filed dispositive motion, namely, defendant Parmjit (Paul) Parmar's August 16, 2018 motion to dismiss the Commission's complaint dated May 16, 2018 under Fed. R. Civ. P. 12(b)(6), 12(b)(7), and 19 (the "Motion"). (ECF Nos. 12-13.)

On August 22, 2018, the Clerk's Office set a return date for the Motion of September 17, 2018. (ECF Aug. 22, 2018 Minute Entry.) Per L. Civ. R. 7.1(d)(2), the Commission's opposition to the Motion is thus currently due no later than September 4, 2018.[1]

---

[1] The fourteenth day preceding September 17, 2018 is September 3, 2018, which is Labor Day, a legal holiday. The Commission's opposition to the Motion is thus not due until the following day, September 4, 2018. *See* Fed. R. Civ. P. 6(a)(1)(C).

The Honorable Madeline Cox Arleo
August 28, 2018
Page 2

  The noticed motion day of September 17, 2018 has not previously been extended or adjourned. Per L. Civ. R. 7.1(d)(5), the Commission thus respectfully requests that the noticed motion day be adjourned to the next available motion day, October 1, 2018.

         Respectfully submitted,

         s/ John O. Enright
         John O. Enright
         Senior Counsel

<u>CERTIFICATE OF SERVICE</u>

       The undersigned hereby certifies that, on August 28, 2018, the undersigned served true and correct copies of the Commission's Letter dated August 28, 2018 on counsel for defendant Parmjit (Paul) Parmar and defendant Ravi Chivukula by the following means:

Timothy Charles Parlatore, Esq.
Parlatore Law Group
221 River Street, 9th Floor
Hoboken, NJ 07030
(via ECF)

Ravi Chivukula
765 Banyan Court
Morganville, NJ 07751
(via UPS Overnight Delivery)

                                                      By: <u>s/ John O. Enright</u>
                                                             John O. Enright
                                                             Attorney for the Plaintiff
                                                             SECURITIES AND EXCHANGE
                                                               COMMISSION
                                                             New York Regional Office
                                                             200 Vesey Street, Suite 400
                                                             New York, NY 10281-1022
                                                             (212) 336-9138