UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X
U.S. SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiffs,                    **Docket No.: 18-CV-9284-MCA-MAH**

   -against-                               **NOTICE OF MOTION**

PAUL PARMAR, et. al.

                Defendants.
----------------------------------------------------------X

    PLEASE TAKE NOTICE, that upon the associated Memorandum of Law, the Defendant PAUL PARMAR shall move the Court, at a time and date to be set by the Court, for an order:

1. Pursuant to Fed.R.Civ.P. 12(b)(6), dismissing the Complaint for failure to state a plausible cause of action;

2. Pursuant to Fed.R.Civ.P. 12(b)(7) and 19, dismissing the Complaint for failure to join three necessary parties, Bank of America, Chinh Chu and Truc To; and

3. Such other and further relief as the Court deems appropriate.

                                            Respectfully submitted,

                                            Timothy C. Parlatore, Esq.
                                            *Counsel for Defendant Paul Parmar*
                                            One World Trade Center, Suite 8500
                                            New York, NY 10007
                                            212-679-6312
                                            212-202-4787 Facsimile
                                            timothy.parlatore@parlatorelawgroup.com