# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITY AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>v.<br><br>PARMJIT PARMAR, et al.,<br><br>　　　　Defendants. | Civil Action No. 18-9284(MCA)<br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

It appearing that this matter is pending resolution of a related criminal proceeding;

**IT IS** on this 30th day of August, 2022,

**ORDERED** that the Clerk administratively terminate the action on his records, without prejudice to the right of the parties to reopen the proceedings within seven days of the adjudication of United States v. Parmar, Crim. No. 18-735 and any related criminal proceedings.


　　　　　　　　　　　　　　　　　　　　 s/Madeline Cox Arleo
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE