

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 12, 2026

**By ECF**

The Honorable Madeline Cox Arleo
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

     Re:    *SEC v. Parmjit Parmar, et al.*, 18-cv-09284 (MCA/MAH)

Dear Judge Arleo:

Pursuant to the Court's November 10, 2021 and August 30, 2022 Orders (Dkt. Nos. 32, 34), plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter to request that the Court: (1) reopen this matter; (2) lift the existing stay of proceedings; and (3) order the SEC to file a status update by July 13, 2026.

**Background**

On March 4, 2019, the Court stayed this civil matter pursuant to a motion to intervene and for a stay by the United States Attorney's Office for the District of New Jersey. (Dkt. No. 15, 22.) On August 30, 2022, the Court administratively closed this matter, granting the parties leave to petition the Court to reopen this case within seven days of adjudication of the parallel criminal case, *United States v. Parmar*, 18-cr-00735 (D.N.J.) (MCA) (the "Criminal Case") and any related criminal proceedings. (Dkt. Nos. 32, 34.) Defendant Parmjit Parmar ("Parmar") was sentenced in the Criminal Case on May 5, 2026. (Crim. Dkt. No. 349.) Although related criminal proceedings against Defendants Ravi Chivukula ("Chivukula") and Sotirios Zaharis ("Zaharis") are still pending as both defendants are fugitives, the United States Attorney's Office does not object to lifting the stay in this action.

**Status of Proceedings and Anticipated Next Steps**

This matter involves three defendants—Parmar, Chivukula, and Zaharis—each of whom is addressed in turn.

***Parmar.*** The SEC served Parmer and then filed proof of service for Parmar on May 16, 2018. (Dkt. No. 5.) Parmar's prior motion to dismiss was terminated without prejudice to his right to file a proper motion. (Dkt. No. 30.) Having considered the remedies imposed in the Criminal Case, the SEC has contacted Parmar's counsel to explore a resolution of this matter on consent.

Hon. Madeline Cox Arleo
May 12, 2026
Page 2

*Chivukula.* The SEC served Chivukula and then filed proof of service for Chivukula on June 26, 2018. (Dkt. No. 10.) Chivukula has not filed an Answer and is currently a fugitive understood to be outside of the United States. The SEC anticipates resolving this matter as to Chivukula by motion for default judgment.

*Zaharis.* Zaharis is also currently a fugitive understood to be outside of the United States. The SEC has not yet served Zaharis and is actively attempting to effect service in a foreign jurisdiction based on information recently obtained regarding his whereabouts. If service is accomplished, the SEC will proceed with the litigation against him.

**SEC's Requests**

The SEC respectfully makes three requests. First, the SEC requests that the Court reopen this matter. The sentencing of Parmar in the Criminal Case satisfies the condition the Court established for reopening. (Dkt. No. 34.) Second, the SEC requests that the Court lift the existing stay. As noted above, the United States Attorney's Office does not object to the stay being lifted. Third, the SEC requests that the Court order the SEC to file a status update by July 13, 2026 to afford an opportunity for the SEC and Parmar to discuss a potential consensual resolution and for the SEC to continue its efforts to effect service of process on Zaharis. At that point, the SEC anticipates that the parties will be better positioned to propose the next steps towards resolving this matter in its entirety.

Sincerely,

/s/ Christopher J. Dunnigan
Christopher J. Dunnigan
Senior Trial Counsel

cc:    Andrew Goldstein, Esq. (via email)
       *Counsel for Parmjit Parmar*