**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| -against- | : | **18-cv-09284 (MCA/MAH)** |
| | : | |
| **PARMJIT (a/k/a PAUL) PARMAR,** | : | |
| **SOTIRIOS (a/k/a SAM) ZAHARIS, and** | : | |
| **RAVI CHIVUKULA,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**[PROPOSED] ORDER**

Plaintiff Securities and Exchange Commission ("SEC") having filed a letter motion requesting that the Court: (1) reopen this matter; (2) lift the existing stay of proceedings; and (3) order the SEC to file a status update by July 13, 2026:

It is, this ___ day of May, 2026,

**ORDERED** that this matter be reopened;

**FURTHER ORDERED** that the stay, initially ordered on March 4, 2019 (Dkt. No. 22), is hereby lifted; and

**FURTHER ORDERED** that the SEC shall file a status update on or before July 13, 2026.

_____
Hon. Madeline Cox Arleo, U.S.D.J.