

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

July 13, 2026

**By ECF**

The Honorable Madeline Cox Arleo
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *SEC v. Parmjit Parmar, et al.*, 18-cv-09284 (MCA/MAH)

Dear Judge Arleo:

Pursuant to the Court's May 26, 2026 Order (Dkt. No. 37) plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status letter to request that the Court set November 25, 2026 as the deadline for the SEC to file a motion for default judgment against some or all of the defendants.

**Background**

On March 4, 2019, the Court stayed this matter pursuant to a motion to intervene and for a stay by the United States Attorney's Office for the District of New Jersey. (Dkt. Nos. 15, 22.) On August 30, 2022, the Court administratively closed this matter and granted the parties leave to petition to reopen this case within seven days of adjudication of the parallel criminal case, *United States v. Parmar*, 18-cr-00735 (D.N.J.) (MCA) (the "Criminal Case") and any related criminal proceedings. (Dkt. Nos. 32, 34.) Defendant Parmjit Parmar ("Parmar") was sentenced in the Criminal Case on May 5, 2026. (Crim. Dkt. No. 349.) On May 26, 2026, the Court lifted the stay.

**Status of Proceedings and Anticipated Next Steps**

This matter involves three defendants—Parmar, Chivukula, and Zaharis—each of whom is addressed in turn.

***Parmar.*** The SEC served Parmer and then filed proof of service for Parmar on May 16, 2018. (Dkt. No. 5.) Parmar's prior motion to dismiss was terminated without prejudice to his right to file a proper motion. (Dkt. No. 30.) Parmar is currently unrepresented in this matter. The SEC has attempted to contact Parmar and any counsel authorized to represent him in this civil matter, without success. The Court's June 9, 2026 Order in the Criminal Case directed Parmar to surrender to the Bureau of Prisons by June 11, 2026. (Crim. Dkt. No. 372) The SEC will

Hon. Madeline Cox Arleo                                                                       Page 2
July 13, 2026

continue to explore potential settlement with Parmar, but anticipates that it may be necessary to move for default judgment.

*Chivukula.* The SEC served Chivukula and then filed proof of service on June 26, 2018. (Dkt. No. 10.) Chivukula has not filed an Answer and is currently a fugitive understood to be outside of the United States. The SEC anticipates resolving this matter as to Chivukula by motion for default judgment.

*Zaharis.* Zaharis is also currently a fugitive understood to be outside of the United States. On June 23, 2026, the SEC served Zaharis in Australia. The SEC filed proof of service on July 10, 2026. (Dkt. Nos. 38, 38-1.) Zaharis's deadline to answer or otherwise respond to the Complaint is July 14, 2026. The SEC anticipates that, given Zaharis' fugitive status, this matter against him will likely be resolved by motion for default judgment.

**The SEC's Request**

If Zaharis fails to answer or otherwise respond, this SEC expects to resolve this case in its entirety through a single motion for default judgment against Parmar, Chivukula, and Zaharis. The SEC respectfully requests a deadline of November 25, 2026 to file that motion. The additional time will allow Commission counsel to seek internal authorization from the Commission to determine the remedies to request and to get up to speed on a matter that has been pending since 2018, as the attorneys who handled the case before the stay are no longer with the Commission.

Sincerely,

/s/ Christopher J. Dunnigan
Christopher J. Dunnigan
Senior Trial Counsel