**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | 18-cv-09284 (MCA/MAH) |
| | : | |
| PARMJIT (a/k/a PAUL) PARMAR, | : | |
| SOTIRIOS (a/k/a SAM) ZAHARIS, and | : | |
| RAVI CHIVUKULA, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF SERVICE

I, Christopher J. Dunnigan, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am employed as a Senior Trial Counsel in the Division of Enforcement in the New York Regional Office of Plaintiff Securities and Exchange Commission (the "Commission"). I am counsel for the Commission in this action.

2.      On July 13, 2026, I caused to be served Dkt. No. 39 on defendants Parmjit Parmar ("Parmar"), Sotirios Zaharis ("Zaharis"), and Ravi Chivukula ("Chivukula"). I caused Parmar to be served by regular mail at FCI Fort Dix in New Jersey. I caused Zaharis to be served by international mail at his home address in Australia. I caused Chivukula to be served by regular mail at his last United States address known to the Commission in New Jersey.

3.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 13, 2026
New York, New York

By:   /s/ Christopher J. Dunnigan
      Christopher J. Dunnigan
      Securities and Exchange Commission
      Division of Enforcement
      New York Regional Office
      100 Pearl Street, Suite 20-100
      New York, NY 10004-2616
      (212) 336-0061
      dunnigancj@sec.gov

2