**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

SECURITIES AND EXCHANGE
COMMISSION,

      **Plaintiff,**

    v.

PARMJIT PARMAR, et al.,

      **Defendants.**

Civil Action No. 18-9284 (MCA) (MAH)


ORDER

This matter having come before the Court by way of Plaintiff's letter request to set November 25, 2026 as the deadline to move for default judgment against some or all Defendants [Letter, July 14, 2026, D.E. 39];

and this matter having been administratively closed on August 30, 2022 pending adjudication of the parallel criminal cases [Order, D.E. 34];

and this Court having granted Plaintiff's motion to reopen the matter on May 26, 2026 [Order, D.E. 37];[1]

and it appearing that Plaintiff has not yet moved for default under Federal Rule of Civil Procedure 55(a), which is a well-established prerequisite to a motion for default judgment, *Husain v. Casino Control Comm'n*, 265 F. App'x 130, 133 (3d Cir. 2008); *see also* Fed. R. Civ. P. 55(a);

---

[1] Defendant Parmjit Parmar was sentenced on May 5, 2026. Because Defendants Ravi Chivukula and Sotirios Zaharis are fugitives understood to be outside of the United States, "the United States Attorney's Office did not object to lifting the stay in this action." Mot. to Reopen, May 12, 2026, D.E. 35.

and in the interests of providing Defendants one final opportunity to respond to the Complaint, *see Choice Hotel Int'l, Inc. v. Pennave Assocs., Inc.*, 192 F.R.D. 171, 173 (E.D. Pa. 2000) (disfavoring default because "the interests of justice are best served by obtaining a decision on the merits");

**IT IS** on this **16th day of July, 2026**,

**ORDERED** that Plaintiff's request to set November 25, 2026 as the deadline to move for default judgment is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Defendants shall answer, move, or otherwise respond to the Complaint by **September 1, 2026**;[2] and it is further

**ORDERED** that Plaintiff's counsel shall kindly serve this Order on Defendants and certify same on or before **July 23, 2026**.

*/s Michael A. Hammer*
**United States Magistrate Judge**

---

[2]  If Defendants fail to respond to the Complaint on or before September 1, 2026, Plaintiff may move for default and then, if appropriate, default judgment.

2