September 1, 2026

**The Honorable Michael A. Hammer**
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** Securities and Exchange Commission v. Parmjit Parmar, et al.
**Civil Action No. 2:18-cv-09284-MCA-MAH**
**Request Pursuant to Fed. R. Civ. P. 6(b)(1)(A) for Fourteen-Day Extension**

Dear Judge Hammer:

I am Defendant Parmjit Parmar, presently proceeding pro se in the above-captioned matter. I respectfully request, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), a brief fourteen-day extension of the September 1, 2026 deadline established by the Court's July 16, 2026 Order (D.E. 41), through and including September 15, 2026, to answer, move, or otherwise respond to the Complaint.

I respectfully submit that good cause exists for this limited extension.

I am presently incarcerated at the Federal Correctional Institution at Fort Dix, New Jersey. As a result, I do not have ordinary access to my personal computer, electronic records, historical case files, personal email account, or the other materials and means of communication that would ordinarily be available to a civil litigant preparing a response.

These limitations are particularly significant here because this action was commenced in 2018, approximately eight years ago, and remained stayed or administratively closed for several years while the related criminal proceedings were pending. The matter was reopened only recently.

I previously moved to dismiss the SEC's Complaint. As the SEC acknowledged in its July 13, 2026 status letter (D.E. 39), that motion was terminated without prejudice to my right to file a proper motion. I therefore respectfully seek sufficient time to review the prior proceedings and available materials and determine the appropriate response to the Complaint.

My incarceration also creates substantial practical delays in receiving litigation correspondence and documents. Incoming physical mail at a Bureau of Prisons institution is subject to institutional processing and inspection before it reaches an incarcerated person. In my own experience at FCI Fort Dix, I have regularly experienced significant delays between the date correspondence is shown as delivered to the institution and the date it actually reaches me. Those delays have commonly been approximately two to five weeks.

I mention this not as criticism of the institution or its security procedures, but simply to explain the practical circumstances under which I am attempting to respond to this longstanding civil action while incarcerated.

The SEC's July 13, 2026 status letter also informed the Court that the Commission intended to continue to explore potential settlement with me. I welcome that opportunity and remain willing to engage promptly and in good faith with the Commission concerning a potential resolution.

During the requested extension period, I am available to participate in settlement discussions by telephone or by another method permitted by the Bureau of Prisons and FCI Fort Dix. I am also separately communicating my willingness to engage in such discussions to SEC counsel.

The requested fourteen days would therefore serve two constructive purposes: it would provide me a reasonable opportunity, within the constraints of my incarceration, to review the relevant materials and prepare an appropriate response; and it would provide the parties a brief opportunity to determine whether some or all of this longstanding matter can be resolved consensually.

**Method of Preparation and Transmission**

Because I am incarcerated and do not have direct access to my personal laptop or personal Outlook account, I have prepared and transmitted the substance of this correspondence from FCI Fort Dix using the Bureau of Prisons CorrLinks messaging system, which permits me to communicate only with approved contacts, together with telephone communications to my fiancée.

I have expressly authorized my fiancée to use the text and instructions I send through CorrLinks and by telephone solely to assemble this letter on my personal laptop at my home and transmit the completed document from my personal email account, paulparmar@outlook.com, at my express direction.

The words, factual representations, requests, and substance of this correspondence are mine. My fiancée is not my attorney, is not providing legal advice, is not drafting this correspondence on my behalf, is not appearing or purporting to appear on my behalf, and is not exercising independent judgment concerning this litigation. Her role is strictly limited to clerical assistance - assembling, formatting, and electronically transmitting the communication that I prepared and expressly authorized.

I respectfully provide this explanation so that the Court has a clear and accurate understanding of the preparation and transmission process. Although the email will originate from my personal Outlook account, the physical act of sending it is being performed by my fiancée from my home, using my personal laptop, solely as an authorized clerical assistant for transmission. She is not acting as counsel, representative, or substantive intermediary.

**Request for Relief**

This is my first request for an extension of the September 1 deadline established by D.E. 41. The requested extension is limited to fourteen days and is made in good faith, before expiration of the existing deadline, and not for purposes of unnecessary delay.

I am simultaneously providing a copy of this request to SEC counsel and asking the Commission to advise whether it consents to or does not oppose this limited extension.

Accordingly, I respectfully request that the Court extend my deadline to answer, move, or otherwise respond to the Complaint from September 1, 2026 through and including September 15, 2026.

I respectfully thank the Court for its time, consideration, and accommodation of the practical circumstances described above.

Respectfully submitted,

**Parmjit Parmar**
Defendant, Pro Se
BOP Register No. 71599-050
FCI Fort Dix - Camp, Unit FTD-V-B
P.O. Box 2000
Joint Base MDL, New Jersey 08640