Parmjit (Paul) Parmar, Pro Se
Reg. No. 71599-050
FCI Fort Dix, Federal Prison Camp, Unit FTD-V-B
P.O. Box 2000, Joint Base MDL, New Jersey 08640

October 18, 2026

VIA ELECTRONIC MAIL AND INSTITUTIONAL LEGAL MAIL

Honorable Andre M. Espinosa, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** *SEC v. Parmar, et al.*, Civil Action No. 2:18-cv-09284-MCA-AME

**Respectful Request for a Fourteen-Day Extension of the October 19, 2026 Deadline Set by D.E. 46, and for Clarification of My Pro Se Filing Status**

Dear Judge Espinosa:

I write respectfully, and with thanks for the Court's order of October 8, 2026, D.E. 46, to ask for fourteen additional days, to Monday, November 2, 2026, in which to file my responsive pleading, and for the Court's direction on whether I may file it on my own behalf while my counsel's motion to withdraw, D.E. 47, remains pending. I recognize that this is my third request for additional time, and I do not make it lightly. I make it for three reasons.

First, I have not seen the order I am asked to comply with. Although I had asked for additional time, I did not learn that the Court had extended my deadline to October 19, or of its accompanying directions concerning my counsel, until a family visit on October 17, 2026, when a family member who had reviewed the public docket told me of them. I have no access to the docket from custody, and as of today, October 18, 2026, no copy of D.E. 46 has reached me at FCI Fort Dix. I mention this not as a complaint about mailing, but because I have not been able to read for myself the terms of the order that governs my response.

Second, my representation remains unresolved, and I want my filing to be one whose standing is not in doubt. D.E. 46 noted that I had written to the Court on my own behalf while The Parlatore Law Group remained my counsel of record. On October 13, 2026, that firm moved for leave to withdraw, D.E. 47, and the motion is set for November 16, 2026. I consent to that motion. My relationship with counsel has ended, and I intend to proceed pro se. Because D.E. 47 remains pending as the response deadline arrives, I am concerned that a response filed in my own name now could be questioned as a hybrid filing. My Answer and a motion for partial judgment on the pleadings, with a supporting memorandum and proposed order, are substantially complete. I seek no tactical advantage from the additional time, and I am ready to file promptly once my status is clear.

Third, I am not aware of any concrete prejudice that this limited extension would cause. This action was stayed for more than seven years at the request of the United States and was reopened only this year. No hearing, discovery deadline, or trial date would be displaced. I regret that the limits

on communication from custody have prevented me from conferring with Commission counsel before writing, and I would accept any shorter period the Court considers sufficient.

I want to be clear about what I am asking. I am not seeking time for its own sake, and I will follow whichever course the Court directs. If the Court permits me to file on my own behalf while The Parlatore Law Group remains counsel of record, I will submit my Answer together with my motion for partial judgment on the pleadings, supporting memorandum, and proposed order, subject to the Court's determination of the appropriate procedural treatment of those filings. If the Court instead determines that my response must be submitted through counsel until D.E. 47 is decided, I respectfully ask that counsel be directed to confer with me promptly and to submit an appropriate response within a period the Court sets. In either case, I will act immediately upon receiving the Court's direction, and I will file by November 2, 2026 if that direction reaches me in time; if it reaches me later because of institutional mail, I will file within three business days of receiving it. With great respect, I do not know which of these courses the Court expects of me, and I would be grateful for its direction.

Accordingly, I respectfully request that the Court (1) extend the deadline in D.E. 46 from October 19 to November 2, 2026, or to such other date as the Court considers appropriate, independently of the timing of its determination of D.E. 47; (2) clarify whether, notwithstanding the pending motion to withdraw, D.E. 47, I may submit my Answer together with my motion for partial judgment on the pleadings, supporting memorandum, and proposed order on my own behalf, subject to the Court's determination of the appropriate procedural treatment of those filings, and, if so, authorize that filing and identify the means by which I should submit it; (3) alternatively, direct counsel of record to confer with me promptly and to submit an appropriate response within a period the Court sets; (4) if the Court finds the requirements for withdrawal satisfied, consider D.E. 47, to which I consent, on an expedited basis; and (5) direct that copies of D.E. 46, D.E. 47, and the Court's ruling on this letter be mailed to me at the address above.

I understand that this letter does not itself extend the deadline, and I respectfully request expedited consideration. If the Court is unable to act before October 19, I respectfully ask that the present deadline be held in abeyance pending its ruling on this request, or that the Court grant such other protective relief as it considers appropriate. I will proceed promptly in accordance with whatever direction the Court provides.

I am grateful for the Court's consideration of this request.

Respectfully submitted,

/s/ Parmjit (Paul) Parmar
Parmjit (Paul) Parmar, Pro Se

Paul

**Disclosure regarding preparation:** This letter was prepared at my direction from custody, using institution telephones and the CorrLinks electronic messaging system. My brother-in-law, Salil Sharma, assembled the text on a computer and transmitted it at my direction. His role was limited to that clerical assistance, and he is not responsible for any part of its content. I authorized the electronic signature above. I, Parmjit Parmar, am solely responsible for this letter.

cc (by email):

Christopher J. Dunnigan, Esq., and John O'Donnell Enright, Esq., U.S. Securities and Exchange Commission (Dunnigancj@sec.gov; enrightj@sec.gov)
Timothy C. Parlatore, Esq., and Maryam Haddan, Esq., The Parlatore Law Group (timothy.parlatore@parlatorelawgroup.com)
Timothy Neumann, Esq.